## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD87 | E 1651656 | SANGRIO | A763 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 06/18/2025 @ 10 PM | 50 USC 797 |

Place of Offense: NAVY LODGE, NSA ANNAPOLIS

Offense Description: Factual Basis for Charge — HAZMAT ☐
PENALTY FOR VIOLATIONS OF SECURITY REGULATIONS AND ORDERS.

**DEFENDANT INFORMATION**

Last Name: BEMISDERFER
First Name: ANTHONY
MI: E

Street Address: [redacted]

| Tag No | State | Year | Make/Model | PASS ☒ | Color |
|---|---|---|---|---|---|
| MRM0952 | PA | 2014 | FORD | | GREY |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ALUMNI HALL USNA
Date: TBD
Time: TBD

X Defendant Signature: NOT PRESENT

Original - CVB Copy


*E1651656*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 18 JUNE, 20 25 while exercising my duties as a law enforcement officer in the EASTERN District of MARYLAND.

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2025  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident