# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD87 | E 1651656 | SANGRIO | A763 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ USC ☐ State Code |
|---|---|
| 06/18/2025 @ 10 PM | 50 USC 797 |

**Place of Offense**
NAVY LODGE, NSA ANNAPOLIS

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
PENALTY FOR VIOLATIONS OF SECURITY REGULATIONS AND ORDERS.

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| BEMISDERFER | ANTHONY | E |

| Tag No | State | Year | Make/Model | PASS ☒ | Color |
|---|---|---|---|---|---|
| MBM0952 | PA | 2014 | FORD | | GREY |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| ALUMNI HALL USNA | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NOT PRESENT

Original - CVB Copy



*E1651656*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **18 JUNE**, 20 **25** while exercising my duties as a law enforcement officer in the **EASTERN** District of **MARYLAND**

See Attached

_____

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/18/2025**  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2025 10:18
CVB SCAN 07/16/2025 10:18